UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In the matter of the application of
RED HOOK CONSTRUCTION
GROUP, LLC,

                Petitioner,

-against-

INTEGRATED CONSTRUCTION
SERVICES, INC.,
                Respondent.
----------------------------------------X

MEMORANDUM AND ORDER

CV 07-5424

(Wexler, J.)

APPEARANCES:

    AGOVINO & ASSELTA. LLP
    BY: JOSEPH P. ASSELTA, ESQ.
    Attorneys for Petitioner
    170 Old Country Road, Suite 608
    Mineola, New York 11501

    LAW OFFICE OF ELIAS SCHWARTZ, P.C.
    BY: ELIAS SCHWARTZ, ESQ.
    Attorneys for Respondent
    343 Great Neck Road
    Great Neck, New York 11021

WEXLER, J.

This is an action commenced pursuant to the Federal Arbitration Act, 9 U.S.C. § 10 by Petitioner to confirm an arbitration award dated December 3, 2007. This action was commenced on December 28, 2007. Respondent, Integrated Construction Services, Inc. has not responded to the filing of this petition or sought any extension of time in which to respond.

The petition appears to be unopposed. In the event that Respondent fails to respond to this petition within two weeks of the date of this order, the court will enter judgment on the

award as requested.

SO ORDERED.

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       February 6, 2008