UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the matter of the application of
RED HOOK CONSTRUCTION
GROUP, LLC,

                      Petitioner,                  MEMORANDUM AND ORDER

                                                  CV 07-5424

                -against-                           (Wexler, J.)

INTEGRATED CONSTRUCTION
SERVICES, INC.,
                      Respondent.
----------------------------------------------------------X

APPEARANCES:

        AGOVINO & ASSELTA. LLP
        BY: JOSEPH P. ASSELTA, ESQ.
        Attorneys for Petitioner
        170 Old Country Road, Suite 608
        Mineola, New York 11501

        LAW OFFICE OF ELIAS SCHWARTZ, P.C.
        BY: ELIAS SCHWARTZ, ESQ.
        Attorneys for Respondent
        343 Great Neck Road
        Great Neck, New York 11021

WEXLER, J.

        This is an action commenced by Petitioner, pursuant to the Federal Arbitration Act, 9 U.S.C. § 10, to confirm an arbitration award dated December 3, 2007. This action was commenced on December 28, 2007. In a Memorandum and Order dated February 6, 2008, this court observed that Respondent, Integrated Construction Services, Inc. had neither responded to the petition nor sought any extension of time in which to respond. Accordingly, the petition appeared to be unopposed. The court nevertheless granted Respondent two weeks from the date

of the Memorandum and Order in which to respond to the Petition and stated that failure to respond within the time frame set by the would result in entry of judgment on the award as requested.

The time period set by the court has passed and the Respondent has failed to respond. Accordingly, the Clerk of the Court is directed to enter judgment on the arbitration award as requested by the Petitioner. Petitioner is to submit an appropriate judgment for entry.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
February 28, 2008

2