jpa\redhkintegrated.jgmt
jmf 3/4/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In the Matter of the Application of

RED HOOK CONSTRUCTION GROUP I, LLC,

                        Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq., for an
order confirming an arbitration award

        - against -

INTEGRATED CONSTRUCTION SERVICES, INC.,

                        Respondent.

----------------------------------------------------------------X

CV 07-5424
(Wexler, J.)

JUDGMENT

The petitioner, Red Hook Construction Group I, LLC, having commenced this proceeding pursuant to the Federal Arbitration Act, 9 U.S.C. §10, to confirm an arbitration award, dated December 3, 2007, and there being no opposition to the petition, and the Court, by order dated February 28, 2008, having granted the petition and directed the Clerk of the Court to enter judgment on the arbitration award as requested by petitioner,

NOW, on motion of Agovino & Asselta, LLP, attorneys for petitioner, Red Hook Construction Group I, LLC, it is

**ADJUDGED**, that the Petition of Red Hook Construction Group I, LLC, to confirm the Arbitration Award rendered by the Arbitrator on December 3, 2007 (Exhibit "1" hereto) is granted and the Arbitration Award is hereby confirmed, and it is further

**ADJUDGED**, that petitioner, Red Hook Construction Group I, LLC, located at 575

Broadway, Amityville, New York 11701, recover of the respondent, Integrated Construction Services, Inc., located at 2570 Industry Lane, Norristown, Pennsylvania 19401, the sum of $266,239.64, plus nine percent interest (9%) from December 3, 2007, ~~plus costs and disbursements in the amount of $_____, as taxed~~ in the amount of $7,549.54, amounting in all to the sum of $273,789.18 and that the petitioner have execution therefor, and it is further

**ORDERED and ADJUDGED**, that respondent shall provide to petitioner a roofing warranty for the Liberty Avenue/Ozone Park Project in accordance with the contract requirements and shall provide petitioner with written proof of the satisfaction and/or discharge of the following obligations and claims within 10 days from the date hereof:

    Pentell:    lien of $100,876.29

    Bushwick:    judgment of $20,011.80

    Bradco:    $2,253.30

    Pride:    $11,127.12.

Dated:

_/s/ [signature]_
Central Islip, N.Y.
3/27/08